# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>GEVONI RAYON BROWN<br>[DOB 08-31-2000]<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     22-mj-2074-DPR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    11-1-2022 and 12-14-2022    in the county of    Pulaski    in the
   Western    District of    Missouri    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) | See Attachment A. |

This criminal complaint is based on these facts:
See attached Affidavit of Homeland Security Investigations Special Agent Jeremy Bluto (Attachment B).

☑ Continued on the attached sheet.

*Complainant's signature*
HSI SA Jeremy Bluto
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 12/15/22

*Judge's signature*

City and state: Springfield, Missouri     Chief United States Magistrate Judge David P. Rush
*Printed name and title*