# ATTACHMENT A

**CHARGE:**

Beginning on an unknown date, but as early as November 1, 2022, and continuing through December 14, 2022, said dates being approximate, in Pulaski County, in the Western District of Missouri, and elsewhere, the defendant, **GEVONI RAYON BROWN**, did knowingly transport and ship in interstate commerce by any means, including by a computer, any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

**RANGE OF PUNISHMENT:**

18 U.S.C. §§ 2252(a)(1) and (b)(1)
NLT 5 Years
NMT 20 Years Imprisonment
NMT $250,000 Fine
NLT 5 Years or Life Supervised Release
Class C Felony

Restitution

$100 Special Assessment

$5,000.00 JVTA Special Assessment