# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-03001-01-CR-S-MDH |
| GEVONI RAYON BROWN, | |
| Defendant. | |

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Preliminary Order of Forfeiture. In the Forfeiture Allegation of the Indictment in this case, the United States sought forfeiture pursuant to Title 18, United States Code, Section 2253, of the following property seized from Gevoni Rayon Brown or about December 15, 2022:

a. An Apple iPhone XR cellular phone, bearing serial number DX3ZG1D5KXKQ; and

b. A Samsung Galaxy A50 SM-A505F cellular phone, bearing serial number RZ8MC0TKHWY.

On September 21, 2023, the defendant, Gevoni Rayon Brown, entered into a plea agreement with the United States in which he agreed to plead guilty to the sole Count of the Indictment, charging violations of Title 18, United States Code, Sections 2252(a)(1) and (b)(1), and to forfeit to the United States his interest in the property identified in the Forfeiture Allegation of the Indictment.

The Court has determined, based upon the evidence set forth in the plea agreement the United States has established the requisite nexus between the property described herein and in the Forfeiture Allegation of the Indictment and the offense to which the defendant has pleaded guilty.

By virtue of the plea agreement, the United States is now entitled to a Preliminary Order of Forfeiture and to possession of the property pursuant to Title 18, United States Code, Section 2253.

Accordingly, it is hereby ORDERED:

1. Based upon the plea agreement and the Forfeiture Allegation in the Indictment, the above-described property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2. Upon entry of this Order, the Secretary of the Treasury or her designee is authorized to seize the above-described property in accordance with Fed. R. Crim. P. 32.2(b)(3).

3. Pursuant to Title 21, United States Code, Section 853(n), the United States shall publish for at least 30 consecutive days on the government's official website, [www.forfeiture.gov](www.forfeiture.gov), notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the property in such manner as the Department of Treasury may direct, and notice that any person, other than the defendant, Gevoni Rayon Brown, having or claiming a legal interest in the above-described property, must file a petition with the Court and serve a copy on Anthony M.. Brown, Assistant United States Attorney, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of

perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

6. The United States may conduct any discovery it considers necessary to identify, locate, or dispose of the property subject to forfeiture or substitute assets for such property.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

**IT IS SO ORDERED.**

DATED: December 20, 2023

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**